IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATH FEGELY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 2:23-cv-2046 |
| | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : |
| | : |
| Defendant. | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC ("PRA") hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1. PRA is the Defendant in a civil action originally filed on October 16, 2023, in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Heath Fegely v. Portfolio Recovery Associates, LLC* and docketed to Case No. AR-23-005238.

2. This removal is timely under 28 U.S.C. § 1446(b). PRA received service of Plaintiff's Complaint by Certified Mail on October 31, 2023.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against PRA alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, PRA has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant respectfully removes this case to the United States District for the Western District of Pennsylvania.

                            Respectfully submitted,

                            **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       12276 San Jose Blvd. Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com

       SPENCER M. SCHULZ, ESQUIRE
       3157 Gentilly Blvd. #2558
       New Orleans, LA 70122
       225-746-8123
       904-683-7353 (fax)
       sschulz@messerstrickler.com
       *Counsel for Defendant Portfolio Recovery Associates, LLC*

Dated: November 30, 2023

## CERTIFICATE OF SERVICE

I certify that on November 30, 2023, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd. Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com

SPENCER M. SCHULZ, ESQUIRE
3157 Gentilly Blvd. #2558
New Orleans, LA 70122
225-746-8123
904-683-7353 (fax)
sschulz@messerstrickler.com
*Counsel for Defendant Portfolio Recovery Associates, LLC*

Dated: November 30, 2023