IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATH FEGELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-2046 |
| | ) Judge Nora Barry Fischer |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 8th day of December, 2023, upon consideration of the Notice of Removal and Complaint in this matter, (Docket Nos. 1; 1-1), and having considered all of the relevant factors for a discretionary transfer under 28 U.S.C. § 1404(a), *see e.g.*, *Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 879 (3d Cir.1995) (private and public factors which must be considered prior to issuing a discretionary transfer under 28 U.S.C. § 1404(a)), and *Cable v. Allied Interstate, Inc.*, 2012 WL 1671350 (E.D. Pa. May 11, 2012) (transferring FDCPA action to Middle District of Pennsylvania where plaintiff resided and all debt collection activity underlying the complaint took place),

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1404(a) this case is TRANSFERRED to the U.S. District Court for the Eastern District of Pennsylvania, forthwith, as such a transfer is in the interests of justice;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

In so holding, the Court finds that a transfer to the U.S. District Court for the Eastern District of Pennsylvania is in the interests of justice for several reasons. *See* 28 U.S.C. § 1404(a); *see also Minter v. Acme Markets, Inc.*, No. CV 20-1087, 2020 WL 1450860, at *2 (E.D. Pa. Mar. 25, 2020)

(citing *Amica Mut. Ins. Co. v. Fogel*, 656 F.3d 167, 171 (3d Cir. 2011)) ("The Court may sua sponte transfer a case pursuant to 28 U.S.C. § 1404(a).").

First, the U.S. District Court for the Eastern District of Pennsylvania is an appropriate venue where this lawsuit could have been filed initially as a substantial part of the events in question took place in Berks County, Pennsylvania. *See* 28 U.S.C. 1391(b)(2). Second, the relevant private *Jumara* factors, i.e., the first, third, fourth, and fifth, all favor a transfer to that District because:

- Plaintiff's choice of venue in Allegheny County is given little weight as a resident of Lenhartsville, which is in Berks County, Pennsylvania;

- all of the debt collection activities took place in Berks County, where Defendant attempted to collect the debt and from which Plaintiff sent it a letter disputing the debt; and,

- the convenience of the parties and witnesses supports a transfer because Plaintiff and any non-party witnesses are based in or near counties within the Eastern District of Pennsylvania while Defendant is headquartered in Virginia.

*See Cable*, 2012 WL 1671350, at *3 ("a plaintiff's choice of venue is given less weight if the plaintiff chooses a venue in which he or she does not reside and in which none of the operative facts giving rise to the suit occurred"). The fact that Plaintiff's current counsel resides in this District is not relevant to the analysis. *See Northgate Processing, Inc. v. Spirongo Slag McDonald, LLC*, 2015 WL 7308675, at *4, n.3 (W.D. Pa. Nov. 19, 2015) ("the location of the office of Plaintiffs' lawyers in Pittsburgh is not controlling").

Third, for essentially the same reasons, the relevant public *Jumara* factors, i.e., the second and fourth factors, also support a transfer. *See Cable*, 2012 WL 1671350, at *4-5. To this end, although the use of technology is certainly promoted by the Court, the practical considerations of

litigating this case in the U.S. District Court for the Eastern District of Pennsylvania, of which there is local interest in debt collection activities taking place against its residents, including Plaintiff, is paramount to any interest in this case proceeding in this Court where there are no such connections. *Id*. Finally, while the Court finds that the remaining private and public *Jumara* factors are neutral, the Court exercises the broad discretion afforded under 28 U.S.C. § 1404(a) and will transfer this matter to the U.S. District Court for the Eastern District of Pennsylvania, forthwith.

    IT IS SO ORDERED.

                                       *s/Nora Barry Fischer*
                                       Nora Barry Fischer
                                       Senior United States District Judge

cc/ecf: counsel of record

    Clerk of Court, U.S. District Court for Eastern District of Pennsylvania